**Order entered January 20, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00994-CV

### IN RE ASICS AMERICA CORPORATION, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-06193**

### ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for a writ of mandamus. The Court **ORDERS** the trial judge to issue a written order, within fifteen (15) days of the date of this opinion (i) vacating its September 7, 2022 order denying relator's motion to dismiss the intervention, and (ii) striking Shoebacca, Ltd.'s intervention.

The Court further **ORDERS** the trial judge to file with this Court, within thirty (30) days of the date of this Order, a certified copy of the order vacating the September 7, 2022 order denying relator's motion to strike and striking Shoebacca

Ltd.'s intervention. The writ will issue only if the trial court fails to comply with this Order.


/s/     DENNISE GARCIA
JUSTICE